# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re: RIZAL BALCITA MARQUEZ, JR.  
      WHITNEY LYNN MARQUEZ  
          Debtor(s)

Case No.: 08-29586 ABC

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Sally J. Zeman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/08/2008.
2) The plan was confirmed on 11/23/2009.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/29/2013.
5) The case was completed on 01/31/2014.
6) Number of months from filing or conversion to last payment: 61.
7) Number of months case was pending: 66.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 6,405.00.
10) Amount of unsecured claims discharged without full payment: 2,895.00.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor: | $83,573.50 |
| Less amount refunded to debtor: | $544.94 |
| **NET RECEIPTS:** | $83,028.56 |

**Expenses of Administration:**

| | | |
|---|---:|---:|
| Attorney's Fees Paid Through The Plan: | $3,775.00 | |
| Court Costs: | $.00 | |
| Trustee Expenses and Compensation: | $4,301.84 | |
| Other: | $.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | $8,076.84 |

Attorney fees paid and disclosed by debtor:      $2,925.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| ACUTE INJURY & ILLNESS CENT | Unsecured | 200.00 | NA | NA | .00 | .00 |
| ALLIANT CREDIT UNION | Unsecured | NA | 8,682.11 | 8,682.11 | 8,682.11 | .00 |
| ALLIANT CREDIT UNION | Secured | 18,798.00 | NA | NA | .00 | .00 |
| AURORA LOAN SERVICES I | Secured | 67,588.00 | NA | NA | .00 | .00 |
| BECKET & LEE LLP | Unsecured | NA | 17,573.83 | 17,573.83 | 17,573.83 | .00 |
| BECKET & LEE LLP | Unsecured | NA | 11,912.03 | 11,912.03 | 11,912.03 | .00 |
| BECKET & LEE LLP | Unsecured | NA | 145.00 | 145.00 | 145.00 | .00 |
| CHASE | Secured | 67,459.00 | NA | NA | .00 | .00 |
| DOUGLAS COUNTY TREASURER | Secured | 4,460.00 | NA | NA | .00 | .00 |
| ECAST SETTLEMENT CORP | Unsecured | NA | 5,908.17 | 5,908.17 | 5,908.17 | .00 |
| GEMB/CARE CREDIT | Unsecured | 1,982.00 | NA | NA | .00 | .00 |
| HINDMAN SANCHEZ | Unsecured | NA | 1,438.23 | 1,438.23 | 1,438.23 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re:  RIZAL BALCITA MARQUEZ, JR.                                  Case No.:  08-29586 ABC
       WHITNEY LYNN MARQUEZ
       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| INTERMOUNTAIN RURAL ELECTRIC | Unsecured | NA | 511.36 | 511.36 | 511.36 | .00 |
| JOHN DEERE CREDIT | Secured | 6,158.00 | NA | NA | .00 | .00 |
| JP MORGAN CHASE | Unsecured | NA | 66,236.80 | .00 | .00 | .00 |
| LCA COLLECTIONS | Unsecured | 162.00 | NA | NA | .00 | .00 |
| LITTON LOAN SERVCING | Secured | 388,467.00 | NA | NA | .00 | .00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 96.85 | 96.85 | 96.85 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 3,925.11 | 3,925.11 | 3,925.11 | .00 |
| PRA RECEIVABLES MGT LLC/AGENT FC | Unsecured | NA | 4,536.36 | 4,536.36 | 4,536.36 | .00 |
| PUBLIC SER | Secured | 17,871.00 | NA | NA | .00 | .00 |
| PUBLIC SER | Secured | 11,101.00 | NA | NA | .00 | .00 |
| SPECIAL CLASS FOUR | Unsecured | NA | .00 | .00 | .00 | .00 |
| SPECIALIZED LOAN SERVL | Secured | 95,586.00 | NA | NA | .00 | .00 |
| STONEGATE VILLAGE METROPOLITAN | Unsecured | 200.00 | NA | NA | .00 | .00 |
| SUSAN MARQUEZ | Priority | NA | 27,430.00 | 20,060.70 | 20,060.70 | .00 |
| SUSAN MARQUEZ | Priority | 14,105.00 | NA | NA | .00 | .00 |
| UNIVERSAL FIDELITY LP | Unsecured | 311.00 | NA | NA | .00 | .00 |
| WAKEFIELD & ASSOCIATES | Unsecured | 40.00 | NA | NA | .00 | .00 |

# UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLORADO

In re: RIZAL BALCITA MARQUEZ, JR.  
      WHITNEY LYNN MARQUEZ  
      Debtor(s)

Case No.: 08-29586 ABC

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| XCEL ENERGY AKA | Unsecured | NA | 161.97 | 161.97 | 161.97 | .00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | 20,060.70 | 20,060.70 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | 20,060.70 | 20,060.70 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 54,891.02 | 54,891.02 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration: | $8,076.84 | |
| Disbursements to Creditors: | $74,951.72 | |
| **TOTAL DISBURSEMENTS:** | | $83,028.56 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 06/09/2014     By: /s/Sally J. Zeman  
                                  Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.